### 42833. GIBSON v. PIERCE.
(342 SE2d 467)

PER CURIAM.

After plenary consideration of this matter (*Gibson v. Pierce*, 176 Ga. App. 287 (335 SE2d 658) (1985)), it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*All the Justices concur, except Marshall, P. J., and Smith, J., who dissent.*

MARSHALL, Presiding Justice, dissenting.

For the reasons given in Judge Beasley's dissenting opinion, I would reverse the judgment of the trial court in this case.

DECIDED MARCH 18, 1986.

*James W. Smith,* for appellant.
*Rodger E. Davison,* for appellee.